# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| SIDNEY FRAZIER, | Case No. 1:22-cv-692 |
| Plaintiff, | Judge Matthew W. McFarland |
| v. | |
| THE HILLMAN GROUP, INC., | |
| Defendant. | |

## ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS AND DISMISSING CASE WITH PREJUDICE

This matter is before the Court on Plaintiff's Unopposed Motion to Dismiss With Prejudice (Doc. 6), pursuant to Fed. R. Civ. P. 41(a)(2). Rule 41(a)(2) states that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). Unless an order under states otherwise, a dismissal under Rule 41(a)(2) must be without prejudice. *Id.* Here, the parties agree that this matter should be dismissed with prejudice. The Court considers the terms of such dismissal proper. Therefore, Plaintiff's Motion to Dismiss With Prejudice (Doc. 6) is **GRANTED**. This case is **DISMISSED WITH PREJUDICE** and **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: *Matthew W. McFarland*
JUDGE MATTHEW W. McFARLAND